UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**MICHAEL LEWIS,**

    **Plaintiff,**

**v.**                                                   **Case No: 5:22-cv-521-PRL**

**COMMISSIONER OF SOCIAL
SECURITY,**

    **Defendant.**

---

### ORDER

This matter is before the Court on the motion of the Estate of Martin Cohen for an award of attorney's fees pursuant to 42 U.S.C. §406(b). (Doc. 32). Plaintiff's prior counsel, Martin Cohen, Esq., passed away in late 2024. On May 9, 2025, Michael Steinberg, Esq. filed a notice of appearance advising that he was appearing for the sole purpose of petitioning the court for fees on behalf of Mr. Cohen's Estate. (Doc. 29).

Now, the Estate has filed the instant motion seeking an award of $27,286.50, which is twenty-five percent of the past due benefits withheld by the Social Security Administration for payment of an attorney fee award.   (Doc. 30-1). The Estate's motion is premised on its position that Attorney Martin Cohen entered into a fee agreement with Plaintiff providing for payment of 25% of his past-due benefits if his claim was approved. The Estate, however, has failed to file a copy of the purported fee agreement to support its request. Rather than deny the motion on that basis, the Court will afford the Estate an opportunity, on or before **October 10, 2025,** to file the fee agreement.

**DONE** and **ORDERED** in Ocala, Florida on October 1, 2025.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties